IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **LAURA LANG, as Mother and Next Friend of KATHERINE LANG, a Minor and LAURA LANG, Individually,** | )<br>)<br>) |
| **Plaintiffs,** | ) |
| v. | ) NO. 11-cv-536-JPG-PMF |
| **DONNA L. WATKINS and AMERICAN NATIONAL RED CROSS,** | )<br>) |
| **Defendants.** | ) |

### JUDGMENT IN A CIVIL CASE

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

DATED:  August 16, 2012

                                              NANCY ROSENSTENGEL, Clerk of Court

                                              BY:s/Deborah Agans, Deputy Clerk

APPROVED:   *s/J. Phil Gilbert*
                      J. PHIL GILBERT
                      U. S. DISTRICT JUDGE