IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LAURA LANG, as Mother and Next Friend of KATHERINE LANG, a Minor and LAURA LANG, Individually, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) NO. 11-cv-536-JPG-PMF ) |
| DONNA L. WATKINS and AMERICAN NATIONAL RED CROSS, | ) ) ) |
| Defendants. | ) ) |

### JUDGMENT IN A CIVIL CASE

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

DATED:  August 16, 2012

                                              NANCY ROSENSTENGEL, Clerk of Court

                                              BY:s/Deborah Agans, Deputy Clerk

APPROVED:   *s/J. Phil Gilbert*
                  J. PHIL GILBERT
                  U. S. DISTRICT JUDGE